IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00986-RPM

BEDROCK INVESTMENT GROUP, LLC,
a Colorado Limited Liability Company and
WILLIAM C. BRICKING,

        Plaintiffs,

v.

THE RICHARD AND PAULINE BOREN FAMILY TRUST AND
J. RICHARD BOREN,

        Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **October 4, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order (original only) on paper, shall be submitted directly to chambers by **September 27, 2007.**

        Dated: August 13th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge