## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-986-RPM

BEDROCK INVESTMENT GROUP, LLC,
a Colorado Limited Liability Company and
WILLIAM C. BRICKING,

      Plaintiffs/Counterdefendants,

v.

THE RICHARD AND PAULINE BOREN FAMILY TRUST and
J. RICHARD BOREN,

      Defendants/Counterplaintiffs.

---

## ORDER DENYING UNOPPOSED MOTION TO PERMIT CO-COUNSEL TO ATTEND SCHEDULING/PLANNING CONFERENCE VIA TELEPHONE

---

      This matter comes before the Court on an Unopposed Motion to Permit Co-Counsel to Attend Scheduling/Planning Conference via Telephone, and upon consideration thereof, the Court hereby

      DENIES said Motion.  Defendants' out-of-state co-counsel may not participate in the Scheduling/Planning Conference by telephone.

      Dated this 24th day of August 2007.

                                  BY THE COURT:

                                  s/ Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge