IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00986-RPM

BEDROCK INVESTMENT GROUP, LLC,
a Colorado Limited Liability Company and
WILLIAM C. BRICKING,

        Plaintiffs,

v.

THE RICHARD AND PAULINE BOREN FAMILY TRUST AND
J. RICHARD BOREN,

        Defendants.

---

ORDER DIRECTING PLAINTIFFS TO SUPPLEMENT MOTION TO MODIFY
SCHEDULING ORDER

---

On October 4, 2007, a scheduling order was entered by agreement. It provided that designation of experts and compliance with Fed.R.Civ.P. 26(a)(2) will occur on or before January 15, 2008. On February 8, 2008, the plaintiff filed a motion to modify the scheduling order, asserting that due to a clerical error, counsel failed to recognize the January 15, 2008, time limitation and anticipated that January 31, 2008, would be a timely compliance with the disclosure requirements. In Paragraph 2 of the plaintiffs' motion, it is alleged that plaintiffs' counsel and plaintiff William Bricking met with accounting firm GHP Horwath, P.C., on September 20, 2007, to provide expert opinions and expended over $25,000 with that firm through January 8, 2008. It is further alleged that the stock of Drivetech, Inc., was sold by a sale that closed January 1, 2008, and "as a result, a economist was needed and better suited to analyze damages."

Accordingly, Pacey Economics Group was engaged.

The plaintiffs seek to modify the scheduling order to permit a change to accommodate this change in expert opinions.  The defendants have filed their opposition to the motion to modify the scheduling order and a motion to exclude the untimely expert disclosure by a pleading filed February 20, 2008, and the plaintiffs filed a reply on February 28, 2008.  In the reply, plaintiffs' counsel again asserts that only an innocent error in setting up a calendar is the reason for the need for the change.  The reply does not address the defendants' assertion that it appears that the plaintiffs were not satisfied with the expert opinions obtained from GHP Horwath and have been shopping for another opinion.  It is now

ORDERED that on or before March 10, 2008, the plaintiffs shall supplement the motion to modify scheduling orders, setting forth the reasons for changing the selection of forensic experts.

Dated: February 27, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge