IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00986-RPM

BEDROCK INVESTMENT GROUP, LLC,
a Colorado Limited Liability Company and
WILLIAM C. BRICKING,

        Plaintiffs,

v.

THE RICHARD AND PAULINE BOREN FAMILY TRUST AND
J. RICHARD BOREN,

        Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [19] filed on March 10, 2008, it is

ORDERED that this action is dismissed with prejudice, each party paying its own fees and costs.

Dated: March 11th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge